# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 13-1695 as

☑ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: Stella Andrews, individually and on behalf of similarly situated persons
_____ as the
(party name)

☑ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

s/Joseph H. Cassell
(signature)

| | |
|---|---|
| Joseph H. Cassell | 316-262-5500 |
| Name (printed or typed) | Voice Phone |
| Eron Law, P.A. | 316-262-5559 |
| Firm Name (if applicable) | Fax Number |
| 229 E. William, Suite 100 | |
| Wichita, Kansas 67202 | jhcassell@eronlaw.net |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on June 13, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| James L. Palmer, Resident Agent<br>America's Living Centers, LLC<br>422 North Church Street<br>P. O. Box 1666<br>Hendersonville, NC 28793 | Kenneth R. Hodges<br>P O Box 1051<br>Flat Rock, NC 28731 |

s/Joseph H. Cassell                                      June 13, 2013
Signature                                                      Date

11/17/2011
SCC